**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 93-2517

GULF STATES INSURANCE CO.,

Plaintiff-Counter
Defendant-Appellee,

versus

ALAMO CARRIAGE SERVICE, ET AL.,

Defendants,

ALAMO CARRIAGE SERVICE, INC.,

Defendant-Counter
Plaintiff-Appellant.


HERJE CARLSSON,

Plaintiff,

versus

ALAMO CARRIAGE SERVICE, INC.,

Defendant-Appellant,

versus

GULF STATES INSURANCE CO.,

Intervenor-Defendant
Appellee.

Appeal from the United States District Court
for the Southern District of Texas

ON PETITIONS FOR REHEARING

(May 12, 1994)

Before JOLLY, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Alamo Carriage Service, Inc.'s petition for rehearing is hereby DENIED.

IT IS ORDERED that Gulf States Insurance Co.'s petition for rehearing is hereby GRANTED for the limited purpose of supplementing our opinion to award sanctions and just damages under Federal Rule of Appellate Procedure 38, 28 U.S.C. § 1912, and the inherent discretionary authority of this court.

Alamo's appeal was dismissed as frivolous. Granting in part Gulf States' motion for sanctions and damages, we award to Gulf States, and order Alamo to pay, (1) $398 as double costs, (2) $620 as attorneys' fees and costs incurred by Gulf States in filing and serving its petition for rehearing, and (3) $1,000 as reasonable (but limited) attorneys' fees for sanctions.